```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JACQUELINE WILLIAMS HOLLEY      :    CIVIL ACTION
                                :
          v.                    :
                                :
TEVA PHARMACEUTICALS USA, INC., :
et al.                          :    NO. 20-1613
```

ORDER

AND NOW, this 4th day of August, 2020, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff Jacqueline Williams Holley to remand this action to the Court of Common Pleas of Philadelphia County (Doc. # 14) is DENIED.

```
                              BY THE COURT:


                              /s/ Harvey Bartle III
                              _____
                                                         J.
```